```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULL KEYS I LLC,

                Plaintiff,

-against-

FULTON ADVISORY BEEF FUND I, LLC, FULTON ADVISORY GROUP, LLC, BLAKE ADAMS, WENDELL THUSS, and AGEX INC.,

                Defendants.

1:23-cv-09058-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      On October 29, 2025, the Court conducted a status conference. Terry M. Henry and Avery Isaac Nagy-Normyle appeared for Plaintiff and Caroline Small and Mark Cuccaro appeared for Defendants. At the conference, the parties agreed the case (both Plaintiff's claims and Defendants' counterclaims) is to be tried to the Court, and, given the Court's discussion with the parties, the Court anticipates the bench trial will last **no longer than three days**. Since this case is to be tried to the Court, the parties are on notice that summary judgment motions will not be entertained.

      As for the expert discovery schedule, IT IS HEREBY ORDERED that Gull Keys' expert disclosures and reports shall be completed by October 31, 2025; that Defendants' expert disclosures and reports shall be completed by November 14, 2025; that Gull Keys' rebuttal reports shall be completed by November 28, 2025, and that expert discovery shall be completed by December 19, 2025. As discussed at the conference, the Court will not extend the deadline for expert discovery absent good cause.

      The Court will enter a separate order of reference to the Magistrate Judge for an in-person settlement conference and a separate trial scheduling order.

1

The Court admonishes the parties to review the Court's Individual Rules of Practice regarding the conduct of a non-jury trial.

**SO ORDERED.**

Date: **October 29, 2025**
      **New York, NY**

**MARY KAY VYSKOCIL**
United States District Judge