**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
GULL KEYS I LLC,                                          :
                                                          :
              Plaintiff,         :          23-CV-9058 (MKV) (OTW)
                                                          :
              -against-         :          **ORDER**
                                                          :
FULTON ADVISORY BEEF FUND I, LLC, et al.,                 :
                                                          :
             Defendants.           :
                                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Tuesday, November 18, 2025.

The Court will hold additional Preliminary Settlement Conference calls as follows:

1. The Court will hold a Settlement Conference Call on **Monday, November 24, 2025 at 10:00 a.m.** with counsel for **Plaintiff only.**

2. The Court will hold a Settlement Conference Call on **Monday, November 24, 2025 at 10:30 a.m.** with counsel for **Defendants only.**

Please call Chambers at 212-805-0260 when counsel are on the line for their respective calls.

The in-person Settlement Conference on **Monday, November 24, 2025** is **ADJOURNED** to **Thursday, December 11, 2025 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Thursday, December 04, 2025**.

Parties are reminded that this conference was originally scheduled per Judge Vyskocil's amended Order referring the case to me to "conduct an in-person settlement conference and to do

so at [the Court's] earliest convenience." (ECF 85). No further request to adjourn the scheduling of this Settlement Conference will be considered absent extremely good cause.

**SO ORDERED.**

Dated: November 19, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge