USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GULL KEYS I LLC,

               Plaintiff,

       -against-

FULTON ADVISORY BEEF FUND I, LLC,
FULTON ADVISORY GROUP, LLC, BLAKE
ADAMS, WENDELL THUSS, and AGEX
INC.,

               Defendants.

1:23-cv-09058-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court has been advised by the assigned Magistrate Judge that the parties have reached a settlement agreement. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by January 11, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

**Date:  December 12, 2025**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**